Lorna Walker   #154724
The Law Offices of
  SWEET & WALKER, P.C.
2380 Junipero Serra Boulevard, Suite B
Daly City, California 94015
Phone (415) 334-1600  Fax (415) 334-0855

Attorneys for Plaintiff
CREDITORS ADJUSTMENT BUREAU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC., | |
| Plaintiff, | NO. 3:19-cv-02305-LB |
| vs. | STIPULATION OF DISMISSAL AND FOR ENTRY OF JUDGMENT IN THE EVENT OF DEFENDANT'S DEFAULT ON SETTLEMENT AGREEMENT |
| IBT MEDIA INC., et al., | |
| Defendants. | |

WHEREAS, the parties hereto and their attorneys, have agreed to settle the above-captioned matter;

AND WHEREAS, the parties have entered into a Settlement Agreement, secured by a Stipulation for Judgment;

AND WHEREAS, the Parties agree and jointly request that this Court retain jurisdiction to enter judgment pursuant to the Stipulation for Judgment in the event of a default under the Settlement Agreement, and otherwise dismiss this action in its entirety subject to such retention of jurisdiction.

IT IS HEREBY STIPULATED by and between CREDITORS ADJUSTMENT BUREAU, INC. ("Plaintiff") and IBT MEDIA INC., aka IBT MEDIA CORPORATION, aka IBT MEDIA ("Defendant") that the matter be dismissed subject to retention of jurisdiction by this Court to enter judgment pursuant to the Stipulation for Judgment in the event that Defendant defaults under the Settlement Agreement.

IT IS FURTHER STIPULATED that the Stipulation for Judgment may be filed and judgment in the above-entitled case shall be entered in favor of the Plaintiff, CREDITORS ADJUSTMENT BUREAU, INC., and against the defendant(s), IBT MEDIA INC., aka IBT MEDIA CORPORATION, aka IBT MEDIA, in the event Defendant defaults on the parties' Settlement Agreement.

IT IS FURTHER STIPULATED that Plaintiff may move ex parte to vacate the dismissal and enter judgment and that a declaration by Plaintiff's attorney under penalty of perjury setting forth the facts of default under the Settlement Agreement shall suffice to entitle Plaintiff to entry of judgment herein without a hearing.

IT IS FURTHER STIPULATED that judgment may be entered by and Judge of the United States District Court, Northern District of California.

IT IS FURTHER STIPULATED that upon completion of the terms of the Settlement Agreement, Plaintiff will file a request that the matter be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: November 12, 2021        SWEET & WALKER, P.C.

                                By_____
                                    Lorna Walker
                                    Attorney for Plaintiff

                                LEWIS & LLEWELLYN LLP

DATED: November 19, 2021        By_____
                                    Paul T. Llewellyn
                                    Attorney for Defendant

ORDER THEREON:

Good cause appearing, IT IS HEREBY ORDERED that the above entitled action is conditionally settled and dismissed without prejudice pursuant to the terms of a stipulated agreement reached between Plaintiff and Defendant, and future hearings be removed from the court's calendar.

The court reserves personal and subject matter jurisdiction to set aside the dismissal and enter judgment upon a showing of default in the performance of the settlement.

Plaintiff may move ex parte to set aside the dismissal and enter judgment per the Stipulation for Judgment upon the filing of a declaration setting forth the facts of default.

**IT IS SO ORDERED**

DATED: November 19, 2021         By _____
                                 Honorable Laurel Beeler
                                 United States Magistrate Judge

THE LAW OFFICES OF
SWEET & WALKER
A PROFESSIONAL CORPORATION
P.O. Box 27558
SAN FRANCISCO, CALIFORNIA 94127-0558
Telephone: (415) 334-1600